```
        UNITED STATES DISTRICT COURT FOR THE
         SOUTHERN DISTRICT OF WEST VIRGINIA
                      BECKLEY
```

**UNITED STATES OF AMERICA**

v.                                               NO. 5:11-00090-20

**SHAWN ANDERSON**

### SENTENCING MEMORANDUM OF THE UNITED STATES

Pursuant to this Court's order entered on June 1, 2011, the United States offers this Sentencing Memorandum outlining its position regarding the presentence report.

### I.   ADVISORY GUIDELINES

The parties appear to be in agreement regarding the advisory guideline range.  That is, the parties agree that defendant's total offense level is 18, that he is a criminal history I, and that his advisory guideline range is 27-33 months.

### II.  18 U.S.C. § 3553(a) FACTORS

The position of the United States is that a guideline sentence is reasonable.  The factors in Title 18, United States Code, Section 3553(a) support a guideline sentence.

    **A.** **18 U.S.C. § 3553(a)(1)**: This is a drug case involving marijuana.

    **B. 18 U.S.C. § 3553(a)(2)(A through D)**: The United States argues that a Guideline sentence in this case will reflect the seriousness of the offense, provide adequate deterrence, protect the public from further crime by defendant, and avail defendant of drug treatment and counseling offered by the Bureau of Prisons.

    **C.** **18 U.S.C. § 3553(a)(3)**: Defendant faces a statutory sentence of up to 5 years. A guideline sentence (27-33 months) is reasonable and meets the statutory sentencing requirements.

    **D. 18 U.S.C. § 3553(a)(4)(A through B)**: The United States again argues a Guideline sentence is reasonable in this case.

    **E.** **18 U.S.C. § 3553(a)(5)**: The United States argues that a Guideline sentence necessarily complies with the applicable guideline policy statements.

    **F.** **18 U.S.C. § 3553(a)(6)**: The United States argues that a Guideline sentence will avoid sentencing disparities with similarly situated defendants.

    **G.** **18 U.S.C. § 3553(a)(7)**: Not applicable.

**III. CONCLUSION**

WHEREFORE, for the above-cited reasons, the United States argues that the Court should impose a guideline sentence.  The United States does not intend to call witnesses at defendant's sentencing hearing and anticipates that the hearing will last approximately 30 minutes.

        Respectfully submitted,

        R. BOOTH GOODWIN II
        United States Attorney


By:   s/ Miller Bushong, AUSA
      MILLER BUSHONG Bar Number: 5802
      Assistant United States Attorney
      110 North Heber Street
      Beckley, WV 25801
      Telephone: (304) 253-6722
      Fax: (304) 253-9206
      E-mail: miller.bushong@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2011, I electronically filed the foregoing "Sentencing Memorandum of the United States" with the Clerk of the Court using the CM/ECF system and service was made via CM/ECF on the following:

        Kevin D. Mills, Esquire
        1800 West King Street
        Martinsburg, WV 25401


        s/ Miller Bushong, AUSA
        MILLER BUSHONG Bar Number: 5802
        Assistant United States Attorney
        110 North Heber Street
        Beckley, WV  25801
        Telephone: (304) 253-6722
        Fax: (304) 253-9206
        E-mail: miller.bushong@usdoj.gov